

Aaron Lipton
Law Offices of Aaron Lipton 7960 B
Soquel Drive, no. 156 Aptos, CA 95003
Tel: 831-687-8711
aaron@lipton-legal.com

The following constitutes the order of the Court.
Signed: June 18, 2025

*Stephen Johnson* (signature)

Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:
Eugene Thomas Wheelock

Bankruptcy Case No.: 23-50158

Chapter No.: 13

Debtor(s)

**ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

An application and supporting documentation was filed in the above-captioned case for Claimant(s) Eugene Thomas Wheelock, requesting payment of unclaimed funds deposited with the Court pursuant to 11 U.S.C. §347(a). The application and supporting documentation establish Claimant(s) entitlement to the unclaimed funds. Accordingly, pursuant to 28 U.S.C. §2042,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $372,577.86 held in unclaimed funds to the order of Eugene Thomas Wheelock and mail such payment to the following address:
4133 Alpine Road
Portola Valley, California 94028

The Clerk will disburse these funds not earlier than 14 days after entry of this *Order*.

**\*\*End of Order\*\***
**\*\*No Service List Requested\*\***